UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Michael K. Gee**, in individual and representative capacity as trustee under declaration of trust dated May 7, 1992; **Lillian W. Gee,** in individual and representative capacity as trustee under declaration of trust dated May 7, 1992; **Nigel Noren Ouk;** and Does 1-10, <br><br> Defendants. | Case: No. 4:19-CV-02332-HSG <br><br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include September 4, 2019.

2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 8/14/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stipulation                    Case No. 4:19-CV-02332-HSG