UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL K. GEE, in individual and representative capacity as trustee under declaration of trust dated May 7, 1992; LILLIAN W. GEE, in individual and representative capacity as trustee under declaration of trust dated May 7, 1992; NIGEL NOREN OUK; and Does 1-10,<br><br>    Defendants, | **Case No.** 4:19-CV-02332-HSG<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to October 15, 2019.

**IT IS SO ORDERED.**

Dated: 9/26/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge